UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:19-CR-194-1FL(1)
NO. 5:19-CR-194-2FL(1)
NO. 5:19-CR-194-3FL(1)
NO. 5:19-CR-194-4FL(1)

UNITED STATES OF AMERICA          )
                                  )
v.                                )        INDICTMENT
                                  )
SANDRO CUEVAS, Jr.                )
JORDON DONOVAN BODRICK            )
DONNOVAN STEPHON QUICK            )
THAW NAH HTOO                     )

The Grand Jury charges that:

## COUNT ONE

Beginning on or about January 2019, the exact date being unknown, and continuing up to and including on or about the date of the Indictment, in the Eastern District of North Carolina, and elsewhere, SANDRO CUEVAS, Jr., JORDON DONOVAN BODRICK, DONNOVAN STEPHON QUICK and THAW HTOO, the defendants herein, did knowingly and intentionally, combine, conspire, confederate, agree and have a tacit understanding with each other and with other persons, known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine in violation of Title 21, United States Code, Section 841(a)(1).

1

Quantity of Controlled Substance Involved in the Conspiracy

With respect to SANDRO CUEVAS, Jr., the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to JORDON DONOVAN BODRICK, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to DONNOVAN STEPHON QUICK, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to THAW HTOO, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is a quantity of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 9, 2019, in the Eastern District of North Carolina, DONNOVAN STEPHON QUICK and JORDON DONOVAN BODRICK, the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute and possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 11, 2019, in the Eastern District of North Carolina, SANDRO CUEVAS, JR., and JORDON DONOVAN BODRICK, the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute and possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about January 11, 2019, in the Eastern District of North Carolina, THAW HTOO, the defendant herein, aiding and abetting another, did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about January 11, 2019, in the Eastern District of North Carolina, the defendant, THAW HTOO, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

[Remainder of Page Intentionally Left Blank]

## FORFEITURE NOTICE

These defendants are given notice that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses contained in Counts One through Five of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in the indictment, or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of a defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 5/9/19

ROBERT J. HIGDON, JR.
United States Attorney

BY: JOHN BRADFORD KNOTT
Assistant United States Attorney