IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-194-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SANDRO CUEVAS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion for substitution of counsel (D.E. 130). The court will hold a hearing on defendant's motion on 24 March 2020, at 2:00 p.m. in the Sixth Floor Courtroom of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue in Raleigh, North Carolina. Defendant and his counsel of record shall attend the hearing.

SO ORDERED, this 17th day of March 2020.

_____
James E. Gates
United States Magistrate Judge